**Dismissed and Memorandum Opinion filed January 15, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00567-CV

## R & G TRANSPORTATION INC., GLASHANDA LEWIS AND RICKY BERNARD, Appellants

## V.

## FLEETCOR TECHNOLOGIES OPERTATING COMPANY LLC, Appellee

**On Appeal from the Co. Civil Ct. at Law No. 3
Harris County, Texas
Trial Court Cause No. 1072979**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed June 11, 2018. The clerk's record was filed October 23, 2018. There is no reporter's record. No brief has been filed.

On December 18, 2018, this court issued an order stating that unless appellants filed a brief on or before January 2, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Spain.